```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2798
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  SABI GILL,                    )   1:06-cv-00236 AWI-SMS
                                  )
11          Plaintiff,             )
                                  )
12      v.                        )
                                  )   DEFENDANTS' REQUEST FOR A
13  MICHAEL CHERTOFF, et. al.,    )   EXTENSION OF DISCOVERY DEADLINE
                                  )   AND RESCHEDULING OF PRE-TRIAL
14          Defendants.           )   CONFERENCE AND TRIAL;
    _____)   ORDER
15
16      The United States hereby requests a 30-day extension of the
17  discovery deadline, and a 30-day continuance for the pre-trial
18  conference and for trial.  This request is based on the attached
19  declaration of Assistant U.S. Attorney Carolyn K. Delaney.
20  DATED: January 18, 2007         Respectfully submitted,
21                                  McGREGOR W. SCOTT
                                    United States Attorney
22
                                    /s/ Carolyn K. Delaney
23
                                    By
24                                  CAROLYN K. DELANEY
                                    Assistant U.S. Attorney
25  ///
    ///
26  ///
    ///
27  ///
    ///
28
                                    1
```

Pursuant to the defendants' request, it is hereby **ordered** that the discovery deadline is extended to February 22, 2007, the Pre-Trial hearing is rescheduled from February 2, 2007 to March 2, 2007, at 8:30a.m. before Judge Ishii and the Court Trial is rescheduled from March 13, 2007 to April 10, 2007 at 9:00a.m. before Judge Ishii.

IT IS SO ORDERED.

**Dated:   January 19, 2007**              /s/ Sandra M. Snyder
icido3                                             UNITED STATES MAGISTRATE JUDGE