JAMES M. MAKASIAN (SBN 71791)
JAMES M. MAKASIAN,
A PROFESSIONAL CORPORATION
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 442-4211
Facsimile:  (559) 442-4127

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABI GILL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DON RIDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services,<br><br>　　　　Defendant. | Case No.  1:06-cv-00236 AWI SMS<br><br>**STIPULATION RE:  EXTENSION OF DISCOVERY PERIOD** |

　　　　This is an immigration case in which plaintiff has filed a complaint to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his naturalization application and seeks de novo review of that application.  On February 2, 2007 the plaintiff, SABI GILL, substituted counsel for his representation in this matter.

　　　　Accordingly, the plaintiff respectfully requests that the period for discovery be extended.  The parties therefore stipulate that the discovery period be extended until March 22, 2007, and all other scheduled proceedings remain the same.

| | |
|---|---|
| Dated: February 13, 2007 | /s/ JAMES M. MAKASIAN<br>JAMES M. MAKASIAN<br>Attorney for the Petitioners |
| Dated: February 13, 2007 | /s/ Audrey Hemesath<br>Audrey B. Hemesath<br>Assistant U.S. Attorney<br>Attorney for Respondents |

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the discovery period remain open until March 22, 2007.

| | |
|---|---|
| Dated: 2/15/2007 | /s/ Sandra M. Snyder<br>SANDRA M. SNYDER<br>U.S. MAGISTRATE JUDGE |

PDF created with pdfFactory trial version www.pdffactory.com