McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABI GILL, | No. 1:06-cv-00236 AWI-SMS |
| Plaintiff, | ORDER. |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

### ORDER

Pursuant to Defendants' Motion to Remand With Instructions, and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is REMANDED to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b), with instructions to adjudicate the application for naturalization within 30 days from the date of service of this Order.

IT IS SO ORDERED.

Dated:   April 10, 2007                    /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE